1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11   PETER GABRIEL, an individual, and          Case No. 4:16-cv-06408-PJH
     ERLINDA GABRIEL, an individual;
12                                               [Assigned to the Hon. Phyllis J. Hamilton]
                    Plaintiffs,
13                                               **ORDER RE: JOINT STIPULATION OF**
14          v.                                   **DISMISSAL WITH PREJUDICE**

15   WELLS FARGO BANK, N.A.; a national
     bank; BARRETT DAFFIN FRAPPIER
16   TREDER & WEISS, LLP, a California
     Limited Liability Partnership, an DOES 1-
17   100, INCLUSIVE,

18                  Defendants.

19

20

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1   Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal

2   executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED,

3   ADJUDGED, AND DECREED:

4         1.     The above-entitled action against all defendants is dismissed *with prejudice*;

5         2.     Each party shall bear their own fees and costs; *and*

6         3.     The Court shall close its file.

7

8

9

10

11   DATED:   November 23   , 2016

12   THE HON_____ HAMILTON
     UNITED S_____ CT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

| **Served Electronically Via the Court's CM/ECF System** | **Served By Means Other Than the Court's CM/ECF System** |
|---|---|
| *Attorneys for Plaintiffs* *Peter Gabriel and Erlinda Gabriel* | COURTESY COPY: |
| Romel Ambarchyan, Esq. Anna H. Cronk, Esq. RA and ASSOCIATES, APC 505 N. Brand Blvd., Suite 800 Glendale, CA 91203 Tel: 818.230.3220 \| Fax: 818.230.3211 Email: romel@raandassociates.com | *Attorneys for Defendant* *Barrett, Daffin, Frappier, Treder & Weiss, LLP* Edward A. Treder, Esq. James T. Lee, Esq. BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP 20955 Pathfinder Road, Suite 300 Diamond Bar, CA  91765 Tel: 626.915.5714 \| Fax: 909.595.7640 Email: edwardt@bdfgroup.com Email: jamesl@bdfgroup.com |

☒  **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **November 23, 2016.**

| Barbara Cruz | */s/ Barbara Cruz* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |